UNITED STATES of America,
Plaintiff–Appellee,

v.

Lance WILKERSON, Defendant–
Appellant.

No. 07–10697
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 26, 2007.

Raymond Arthur Pierson, Attorney at Law, Mobile, AL, for Defendant–Appellant.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed appellate counsel for Lance Wilkerson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED,** and Wilkerson's convictions and sentences are **AFFIRMED.**